# CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS TO FINANCIAL RECORDS

IN THE UNITED STATES DISTRICT COURT

FOR THE _U.S. District Court_   DISTRICT OF _Maryland_
(Name of District)                           (State in which Court is located)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 SEP 29 P 1:01

MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978

_Sonja Y. Scott_                                DOCKET NO. _____
(Your Name)                                               (Will be filled in by Court Clerk)

Movant

v.

UNITED STATES DEPARTMENT OF THE INTERIOR

Respondent.

_Sonja Y. Scott_ hereby moves this Court, pursuant to
(Your Name)
Section 1110 of the Right to Financial Privacy Act of 1978, 12 U.S.C. Sec. 3410, for an order preventing the Government from obtaining access to my financial records. The Office of Inspector General for the U.S. Department of the Interior is seeking access to these financial records.

My financial records are held by _Kabbage, Inc._
(Name of Financial Institution)

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

_Sonja Y. Scott_                              _Sonja Y. Scott_
(Your Signature)                               (Your Name)

_13821 Catzell Ct_                            _(240) 543-2329_
(Your Address)                                 (Your Telephone Number)

_Accokeek, MD 20607_
(Your City, State, Zip Code)

**CUSTOMER'S SWORN STATEMENT
FOR FILING A CHALLENGE
IN THE UNITED STATES DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE  U.S. District Court  DISTRICT OF  Maryland
(Name of District) (State in which Court is located)

Sonja Y. Scott                               DOCKET NO. _____
(Customer's Name)                            (Will be filled in by Court Clerk)

MOVANT

v.

UNITED STATES DEPARTMENT OF THE INTERIOR

Respondent

I, Sonja Y. Scott , (am presently/was previously)
(Customer's Name)                  (Indicate One)

a customer of  Kabbage, Inc. ,
(Name of Financial Institution)
and I am the customer whose records are being requested by the Government.

The financial records sought by the Office of Inspector General for the U.S. Department of the Interior are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because  This information is not relevant to the case and privileged. I am also seeking legal recommendation. , or should not be disclosed because there has not been substantial compliance with the Right to Financial Privacy Act of 1978 in that _____, or should not be disclosed on the following other legal basis: _____.

I declare under penalty of perjury that the foregoing is true and correct.

09/29/21                                  Sonja Y. Scott
(Date)                                    (Customer's Signature)

## CERTIFICATE OF SERVICE

I have mailed or delivered a copy of this motion and the attached sworn statement to:
Office of General Counsel
Office of Inspector General
Department of the Interior
(Name of Official listed at item 3 of Customer Notice)

on  09/29/21 , 20 21 .
   (Date)

_Sonja S. Scott_
(Your Signature)